# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**WILLIE E. ADAMS,**

    Petitioner,

    -vs-                          Case No. 10-C-11

**REED RICHARDSON, Warden,**
**Stanley Correctional Institution,**

    Respondent.

## DECISION AND ORDER

In 2010, this habeas petition was stayed by Magistrate Judge William E. Callahan pending the exhaustion of Willie E. Adams' unexhausted claims in state court. Adams now moves to lift the stay and proceed to the merits of his petition. This motion [ECF No. 20] is **GRANTED**.

Adams also moves to amend/correct his petition to include the newly exhausted claims. This motion [ECF No. 21] is also **GRANTED**. Upon an initial review of Adams' petition, the Court is unable to conclude that Adams is not entitled to relief in district court. Rule 4, Rules Governing Section 2254 Cases.

Therefore, the Respondent is directed to file an answer or other responsive pleading **no later than March 22, 2016.** Adams may file a

**responsive brief no later than April 22, 2016**.

Dated at Milwaukee, Wisconsin, this 20th day of January, 2016.

SO ORDERED:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**